FILED
DEC 03 2007
NF
12-3-2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

THE HON. _____

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

CHICAGO, ILLINOIS

DUANE M. JONES,

    Plaintiff,

v.

MIDWEST REHAB INC.,
STATE OF ILLINOIS,
COOK COUNTY ILLINOIS,
MICHAEL F. SHEEHAN, Cook County Sheriff, personally and in his official capacities, together with others.
DAVID ORR, Cook County Clerk, personally and in their official capacities, together with others.
DOROTHY BROWN, Chancery Clerk of Cook County Illinois personally and in their official capacities, together with others.
AND JOHN DOES A - Z

    Defendants.

07CV6774
JUDGE LEINENWEBER
MAGISTRATE JUDGE COLE

Civil Action No:_____

# EMERGENCY
# COMPLAINT FOR DECLARATORY and INJUNCTIVE RELIEF FOR CIVIL RIGHTS VIOLATION
# (JURY TRIAL REQUESTED)

**COMES NOW,** Duane M. Jones pro se and files this, his complaint against the abovenamed defendants and would respectfully show unto this Court the following, to wit:

Duane M. Jones is an adult male resident of and landowner in Chicago, Illinois who resides at 3143 S. Giles Ave. Chicago, Il 60616

Defendants are MIDWEST REHAB INC.,

STATE OF ILLINOIS,

COOK COUNTY ILLINOIS,

MICHAEL F. SHEEHAN, Cook County Sheriff, personally and in his official capacities, together with others.

DAVID ORR, Cook County Clerk, personally and in his official capacities, together with others.

DOROTHY BROWN, Chancery Clerk of Cook County Illinois personally and in her official capacities, together with others.

AND JOHN DOES A - Z

This Court has jurisdiction over this matter because the plaintiff Duane M. Jones (Jones) asserts a claim pursuant to 42 U.S.C. 1983 et al.

Jones owns a property located at 5522 S. State Street in Chicago, Il 60621. which is the subject of this action.

The defendant's individually and / or collectively violated the U.S. Constitutionally protected civil rights of Jones by selling his property at a tax sale when all taxes due, were paid before the expiration of the redemption period and no further taxes were owed, which is tantamount to extortion. 42 U.S.C. § 1983.

Jones' claim under 42 U.S.C. §1983 is only brought "for deprivations of rights secured by the Constitution and laws of the United States." Lugar v. Edmondson Oil Co., 457 U.S. 922, 924, 102 S.Ct. 2744, 2747, 73 L.Ed.2d

Jones does not dispute that the taxes were delinquent prior to the expiration of the redemption period.

Jones asserts that the procedure of The State of Illinois, Cook County, Cook County Clerk, Cook County Chancery Clerk and Cook County Sheriff et al in selling his property or enforcing any action against Jones when the taxes are paid is unconstitutional.

Jones asserts that the procedure of The State of Illinois, Cook County, Cook County Clerk, Cook County Chancery Clerk and Cook County Sheriff et al in selling his property when the due process right to adequate notice is violated is unconstitutional.

Jones asserts that the taxes were paid prior to the expiration of the redemption period.
*See Exhibit A. Copy of Cashiers Check Payable to Cook County Collector.*

Jones asserts that adequate notice was not given prior to the wrongful taking of his property. *See Exhibits C2 and D. Copy of Sworn Affidavit of Duane M. Jones and Wife, Frances L. Jones.*

Jones further asserts that he has been a property owner in the City of Chicago for many years and that his place of residence has been the same as the mailing address listed on the deed to the subject property for many years. Therefore, finding Jones to serve any process on him was within the reach of anyone who had a genuine desire or need to serve him with process. By this failure to serve Jones, the defendants, individually and/or collectively have caused his rights to be violated subject to 42 U.S.C. § 1983.

Jones asserts that this action is not an act of innocent negligence.

Jones asserts that the issues raised in this matter are simply whether the Illinois practice of allowing Jones' property to be taken after taxes have been paid is constitutional? And

Whether the Illinois practice of allowing Jones' property to be taken without adequate notice fulfills the notice requirement of the U.S. Constitution?

Whether the Illinois practice of allowing Jones' property to be taken without adequate notice and /or the same form of notice served upon all owners of record and parties interested in the property, is constitutional? *See Exhibit "Civil Writ Master Record."*

Whether the State has the right to forego the relatively modest burden of providing adequate notice to landowners of the potential loss of their property?

Whether the State has an obligation to ensure that landowners are notified of the potential loss of their property?

Whether the State of Illinois violated the due process rights of Jones?

Whether the court exceeded its jurisdiction when it allowed defendant Midwest Rehab to receive a tax deed and take my property from me?

Whether the court exceeded its jurisdiction when it allowed Midwest Rehab to obtain a tax deed when the record shows that Midwest Rehab did not use diligent inquiry and effort, to locate and serve Jones with notice?

Whether the court exceeded its jurisdiction when it allowed a tax deed to be issued to Midwest Rehab after failing to require notice to be sent by registered or

certified mail, return receipt requested, to that party at his or her usual place of residence when personal service was not made?

Whether the court exceeded its jurisdiction by not insisting on strict compliance with law before taking my property from me?

Even if the Court thought that my taxes were not paid, the Court knew clearly from the record and from the gist of my pleadings, that my U.S. Constitutionally protected notice rights were violated. Additionally, my claims herein are not contradicted by the record.

Whether Midwest Rehab Inc is in wrongful possession of a tax deed to my property?

After a filing of this action the plaintiff Duane M. Jones does pray for the following relief:

1. Than the Sheriff of Cook County Illinois be and remain prohibited from evicting Duane M. Jones or anyone authorized by him to be on the premises of the subject property until such time as this Court can make a ruling on the Constitutionality of the action complained of in this matter.

2. That the court find that the Due Process Rights of Duane M. Jones have been violated and order those found to have violated his rights to cease such violation and return all wrongfully taken property back to Duane M. Jones and pay to Jones the maximum penalty allowed by law and for any other relief that the Court finds just and proper.

Respectfully Submitted,

Duane M. Jones, pro se

*[signature]*

Duane M. Jones

3143 S. Giles St.

Chicago, Il 60616

312-842-3799 Home
312-217-1584 Cell

PIN   EXHIBIT A

 Lakeside Bank
CHICAGO, ILLINOIS

175185

2-150/710

REMITTER
DUANE M. JONES  3143 S. GILES Chicago IL

DATE March 15, 2001

PAY TO THE ORDER OF   COOK COUNTY COLLECTOR

THIS DOCUMENT HAS A MICRO-PRINT SIGNATURE LINE, SIMULATED WATERMARK, AND CHLOROSTAIN PAPER. ABSENCE OF THESE FEATURES WILL INDICATE A COPY

****23,708.13*

**Twenty Three Thousand Seven Hundred Eight Dollars and**
**Thirteen Cents**

## CASHIER'S CHECK

⑈175185⑈ ⑆071001504⑆ 0000073010⑈   800   ⑈000023708813⑈

---

01 Cook County Building
POSTED: 03/16/2001
$23708.13
10:49am  CR000324  03/16/2001  118
A/C:580016369

PAID BY DRAWEE INSTITUTION

PIN 20-16-207-059-000

17-34-122-007-000
17-34-122-027-000
20-10-300-002-000
20-16-207-049-000
12-34-104-033-000
12-34-105-016-000

05/15/01

JY

EXHIBIT A

# 1999 Real Estate Tax: DELINQUENCY NOTICE

**Amount Due** 12/04/2000

**1,130.92**

Includes unpaid balance from 1st installment

**Permanent Real Estate Index Number**

* 20-16-207-049-0000

*Write this number on check made payable to Cook County Collector.

| Volume | Tax Code | Year | Township |
|---|---|---|---|
| 421 | 72001 | 1999 | LAKE |

Property Location (if wrong see call ASSESSOR: 312 603-7509)

5522 S STATE ST
CHICAGO IL 60621 4110

**How much is due and when?**

| If paid or postmarked by: | Payment due is: | Unpaid 1st installment (due 3/1/2000) | 1st installment Penalty | 2nd Installment due 10/2/2000 | 2nd Installment Penalty |
|---|---|---|---|---|---|
| 11/17/2000 | 12/01/2000 | 1,130.92 | 78.52 | 10.62 | 1,011.44 | 30.34 |
| 12/02/2000 | 1/01/2001 | 1,147.27 | 78.52 | 11.80 | 1,011.44 | 45.51 |

Thru 12/30/2000 you may pay at any LaSalle Bank
We accept Visa...  By state law, late payment penalty is 1.5% per month

| 1ST INSTALL. AMT. | | 78.52 | | | |
|---|---|---|---|---|---|
| DATE PAID | TAX AMOUNT PAID | BACK TAX/FULLBACK TAX STATUTORY INTEREST PAID | INTEREST PAID | COST PAID | SERIAL NO. |
| 2ND INSTALL. AMT. | | 1,011.44 | | | |

**How was my tax calculated?**

| 1999 1st INSTALLMENT | 78.52 |
|---|---|
| 1999 2nd INSTALLMENT | + 1,011.44 |
| 1999 TOTAL TAX | = 1,069.96 |

**IMPORTANT NOTICE** – As of Nov. 16, 2000, County records showed taxes on this property were delinquent. Make prompt payment to avoid publication, tax sale, and possible loss of property. IF YOU BELIEVE THIS IS IN ERROR, YOU MUST CALL COUNTY TREASURER AT 312-443-5100. If this notice crossed in the mail with your payment, call after one week to verify receipt of payment.

Payment Information transcribed from warrant records on file in office of the County Collector.

*Maria Pappas*

| ASSESSED VALUE | STATE EQ. FACTOR | EQ. ASSESSED VALUE | HOMEOWNERS EXEMPT. | SENIOR CITIZEN EXEMPT. | SENIOR ASSESS. FREEZE | TAX RATE |
|---|---|---|---|---|---|---|
| 5,674.00 | 2.2505 | 12,769 | 0.00 | 0.00 | 0.00 | 8.536% |

96 Taxes forfeited. To redeem, contact County Clerk.
97 Taxes forfeited. To redeem, contact County Clerk.

POSTED: 12/29/2000 ✓

PCL5-97

CHARLES L. CASTON
OR CURRENT OWNER
5522 S STATE ST
CHICAGO IL

KEEP UPPER PORTION FOR YOUR RECORDS



EXHIBIT A

State of Illinois  )
County of Cook  )

## AFFIDAVIT

DUANE JONES, after being duly sworn under oath, states that he has read the foregoing Motion in Objection to Issuance of Tax Deed and that the matters contained therein are true and accurate to the best of his knowledge, information and belief. Further, Affiant states as follows:

1. That the Duane Jones is the owner of property located at 5522 S. State Street, Chicago, Illinois.

2. That Duane Jones is the respondent in case number 02 CD 1300 which is currently pending before this court.

3. That Duane Jones deines that he was personally served by the Sheriff's Office of Cook County with a copy of a summons and complaint relative to this matter on May 21, 2002 or on any other date alleged.

AFFIANT FURTHER SAYETH NOTH!

_____
DUANE JONES, Affiant.

Subscribed and sworn to before
me this 7th day of February 2003.

_____
Notary Public

OFFICIAL SEAL
KINETTE JENNINGS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 9-28-2003

Burgess F. Ervin
Attorney at Law
155 N. Michigan Avenue, Suite 500
Chicago, Illinois 60601
(312) 819-0350
Attorney # 53126

EXHIBIT #4.2

State of Illinois )
County of Cook )

# AFFIDAVIT

FRANCES L. JONES, after being duly sworn under oath, states that she has read the foregoing Motion in Objection to Issuance of Tax Deed and that the matters contained therein are true and accurate to the best of her knowledge, information and belief. Further, Affiant states as follows:

1. That the Frances L. Jones is the owner of property located at 5522 S. State Street, Chicago, Illinois.

2. That Frances L. Jones is the respondent in case number 02 CD 1300 which is currently pending before this court.

3. That Frances L. Jones denies that she was personally served by the Sheriff's Office of Cook County with a copy of a summons and complaint relative to this matter on May 21, 2002 or on any other date alleged.

AFFIANT FURTHER SAYETH NOTH!

FRANCES L. JONES, Affiant.

Subscribed and sworn to before
me this 7th day of February 2003.

Notary Public

OFFICIAL SEAL
KINETTE JENNINGS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 2-28-2003

Burgess F. Ervin
Attorney at Law
155 N. Michigan Avenue, Suite 500
Chicago, Illinois 60601
(312) 819-0350
Attorney # 53126

EXHIBIT # D

```
DSP NEXT SCREEN __          CIVIL WRIT MASTER RECORD
C.P.U. ENTERED DATE/TIME: 05/14/2002   11:42  ADD OPER. JSC
TYPE OF CASE CO COUNTY                 DISABLED PERSON
SHERIFF'S NUMBER 128423-005Y    CASE NUMBER 02CD1300       DISTRICT 303
MUNIC 1 MULT. SERVICE 007 PASPER'S SUIT _ TYPE OF DOC. 225 TAX DELINQUENT
FILED DT 05-10-2002 DIE DT 05-28-2002 REC'D DT 05-14-2002 HELD BY _____
CORP. SEARCH _ DEFENDANT JONES, DUANE M.
              ADDRESS 003134 S GILES                    AV    APT. NO./HOUSE
              044 CHICAGO                      IL. 60616
              PLAINTIFF KEVIN G. KATSIS
                      SERVICE INFORMATION                                  SC
SERVICE INFO. 9/12/02   JMS
TYPE OF SERVICE NOT NOT FOUND    PRN _   REASON NOT SERVED 02 NO CONTACT ✓
SERVED ON _____ SERVICE DATE 05-21-2002 TIME __:__
SEX _ RACE __ AGE __ BY DEPUTY-STAR #: 0910 LOVE, ALBERT
RETURNED DATE 05-22-2002 DATE RETURN TO CLERK MO-DA-YEAR POSTED DATE MO-DA-YE
ADDITIONAL REMARKS UNABLE TO CONTACT.
ATTY NO.   0000
ATTY NAME.: KEVIN KATSIS                                     TAX DEL'Q
ADDRESS...: 7346 W MADISON ST                                SHERIFF'S NO
CITY......: FOREST PARK       , IL 60130 0000  PH. 708 573 9310

TO RETURN TO INITIAL INQUIRY, USE PF7   FOR NEXT SCREEN, ENTER 02 PRESS PF4
   PF7 INQUIRY PF8 GEN INQ. MENU PF9 MAIN MENU PF10 DB MENU
```



# YOU ARE BEING EVICTED



## IF YOU NEED SHELTER CONTACT ANY OF THE FOLLOWING AGENCIES FOR ASSISTANCE

| Agency | Phone | Website |
|---|---|---|
| City of Chicago Services | 311 | http://egov.cityofchicago.org/city/webportal/home.do |
| Catholic Charities | 312.655.7700 | www.catholiccharities.net |
| US Department of Housing & Development (HUD) | 312.353.6950<br>312.353.6236 | www.hud.gov |
| Illinois Housing & Development Authority (IHDA) | 312.663.5447<br>312.742.8500 | www.ihda.org |
| Illinois Department of Human Services | 1.800.843.6154 | www.hfs.illinois.gov |
| Illinois Department on Aging | 312.814.2630<br>217.785.3356 | www.state.il.us/aging |
| Veteran Association | 312.569.8387 | www.va.gov |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, COUNTY DIVISION

IN THE MATTER OF THE APPLICATION OF )
THE COUNTY TREASURER AND EX-OFFICIO )
COUNTY COLLECTOR OF COOK COUNTY )
ILLINOIS, FOR ORDER OF JUDGMENT AND ) 02 CD 1300
SALE OF LANDS AND LOTS UPON WHICH )
ALL OR PART OF THE GENERAL TAXES ) PIN 20-16-207-049-0000
FOR TWO OR MORE YEARS ARE DELINQUENT )
)
PETITION OF MIDWEST REHAB, INC. ) 5522 S. State, Chicago
FOR TAX DEED )
)

### ORDER FOR POSSESSION

This cause coming on for hearing on Petitioner's Motion To Modify Order Of Possession *Nunc Pro Tunc*, due notice having been given to parties in possession of the premises and the Court being advised in the premises, **IT IS HEREBY ORDERED:**

1. Motion To Modify Order Of Possession *Nunc Pro Tunc* is granted;

2. The Sheriff of Cook County shall forthwith enter the premises commonly known as 5522 S. State Street, Chicago, Illinois and remove the parties who may be in possession of said premises, specifically:

    a) Duane M. Jones;
    b) Isaiah Morgan; and
    c) Any unknown occupants of the property located at 5522 S. State Street, Chicago, Illinois,

and to place and maintain Midwest Rehab, Inc., in the full, peaceful and quiet possession of the premises.

You are hereby ordered to comply with this order without further delay and this Order for Possession is herewith filed and entered of record.

ENTER:

..........................................
JUDGE



Emmett R. McCarthy
Flamm, Teibloom & Stanko, Ltd.
20 N. Clark St., Suite 2200
Chicago, IL 60602
(312) 236-8400
Atty. No. 91334
(KAT/POS)

I hereby certify that the document to which this certification is affixed is a true copy

Date NOV 19 2007

Dorothy Brown
Clerk of the Circuit Court
of Cook County, IL

SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS

RICHARD J. DALEY CENTER, CHICAGO, IL. 60602

THOMAS J. DART

SHERIFF

DATE NOVEMBER 19 2007

SHERIFF'S NUMBER: 119557-001Z

JONES, DUANE M
0005522 S STATE          ST
CHICAGO         , IL. 60621

DEAR OCCUPANT,

YOU SHOULD KNOW THAT A JUDGE HAS ORDERED YOU TO MOVE OUT OF YOUR APARTMENT
OR HOUSE AND SURRENDER POSSESSION OF THE PREMISES TO THE OWNER.
THE ADDITIONAL TIME THE JUDGE HAS GIVEN YOU TO MOVE OUT HAS NOW PASSED AND THE
JUDGE HAS ORDERED THE SHERIFF OF COOK COUNTY TO EVICT YOU.

YOU MAY STILL VOLUNTARILY LEAVE THE PREMISES IMMEDIATELY, OTHERWISE,
THE SHERIFF MUST FORCIBLY EVICT YOU. THE EVICTION WILL BE DONE ANYTIME AFTER
TWENTY-FOUR (24) HOURS FROM THE DATE OF THIS LETTER AS THE SCHEDULE PERMITS.

PLEASE GIVE THIS YOUR SERIOUS CONSIDERATION AND DO NOT FORCE US TO EVICT YOU.

RESPECTFULLY YOURS,

_____

EVICTION DEPARTMENT