MHN

# APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

**NAME:** Duane M. Jones
(Please print)

**STREET ADDRESS:** 3143 S. Giles

**CITY/STATE/ZIP:** Chicago IL

**PHONE NUMBER:** (312) 842-3799 (H)   (312) 217-1584 (C)

**CASE NUMBER:** 07CV6774
JUDGE LEINENWEBER
MAGISTRATE JUDGE COLE

_____   12/3/07
Signature                    Date

FILED
DEC 03 2007   NF
12-3-2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT