# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6774 | **DATE** | 12/4/2007 |
| **CASE TITLE** | Duane M. Jones vs. Midwest Rehab Inc.,et al | | |

**DOCKET ENTRY TEXT**

Plaintiff's emergency request for declaratory and injunctive relief and to prohibit eviction is denied, for the reasons stated in open court. The Court having no jurisdiction, case dismissed.

Docketing to mail notices.
*Mail AO 450 form.

00:10

| | Courtroom Deputy Initials: | WAP |
|---|---|---|