# United States District Court
## Northern District of Illinois
### Eastern Division

Duane M. Jones

**JUDGMENT IN A CIVIL CASE**

v.

Case Number: 07 C 6774

Midwest Rehab Inc., et al

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff's emergency request for declaratory and injunctive relief and to prohibit eviction is denied, for the reasons stated in open court. The Court having no jurisdiction, case dismissed.

Michael W. Dobbins, Clerk of Court

Date: 12/4/2007

_____
/s/ Wanda A. Parker, Deputy Clerk